[No. 23648-6-II. Division Two. January 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH BURKS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-01696-7, Rudolph J. Tollefson, J., entered July 15, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Hunt, J.

[No. 23694-0-II. Division Two. January 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT E. GAMMON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. J00015257, Paula Casey, J., entered July 31, 1998. *Reversed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Morgan, J.

[No. 23716-4-II. Division Two. January 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LYNETTE RAYNEE PEMBERTON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-1-00112-1, Richard L. Brosey, J., entered September 2, 1998. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 23767-9-II. Division Two. January 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MISTY DAWN BELGARD, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 98-8-00230-0, Gordon Godfrey, J., entered October 1, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Houghton, J.